# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 18, 2025

## NO.  03-25-00492-CV

**Donna Thompson, Appellant**

**v.**

**Derek Van Gilder, Appellee**

### APPEAL FROM THE 423RD DISTRICT COURT OF BASTROP COUNTY
### BEFORE JUSTICES TRIANA, KELLY, AND THEOFANIS
### DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE TRIANA

This is an appeal from the judgment signed by the trial court on January 7, 2025.  Having reviewed the record, the Court holds that Donna Thompson has not prosecuted her appeal and did not comply with a notice from the Clerk of this Court.  Therefore, the Court dismisses the appeal for want of prosecution.  The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.